RECEIVED AM

6/12/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PC SCAN / PC 9

FILED LS
7/11/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Lewis Love (Y-35372), | ) |
| Plaintiff, | ) |
| V. | ) No. 19CV2762 |
| | ) Hon. Judge John Z. Lee |
| Officer Perry, Nurse (John | ) |
| Doe), Sgt. Spears, Head Nurse | ) JURY TRIAL DEMANDED |
| Anderson and Doctor (John Doe), | ) |
| Defendants. | ) |

## PLAINTIFF'S FIRST AMENDED COMPLAINT
### (42 USC § 1983)

### I. PRELIMINARY STATEMENT

1. This is a Civil Rights Complaint pursuant to 42 USC § 1983, filed by plaintiff Lewis Love, pro se, who at all times relevant, was a pretrial detainee, to redress violations of his rights under the Fourteenth Amendement to the United States Constitution to due process and equal protection of the laws; to be free from cruel and unusual punishment while being detained; and to be provided adequate medical treatment while detained.

WHEREFORE, Plaintiff seeks punitive, compensatory and nominal damages.

### II. JURISDICTION

This Honorable Court has jurisdiction over Plaintiff's complaint pursuant to 28 USC §§ 1331 and 1342(a)(3).

### III. VENUE

Venue lies proper within the Northern District of Illinois under 28 USC § 1394(b)(2), because a substantial part of the events, actions and omissions giving rise occurred in this district.

1

IV. PARTIES

(a). Plaintiff:

1. Plaintiff, Lewis Love (Y-35372), was at all times relevant to this Complaint, a pretrial detainee in sole custody of Cook County Jail. He is currently a prisoner of the Illinois Department of Corrections at Illinois River Correctional Center; 600 W. Linwood Road; Canton, IL. 61520.

(b). Defendant(s):

1. Defendant Officer Perry, was at all times relevant, an officer at Cook County Jail; 2600 S. California Ave.; Chicago, IL. 60608. He was responsible for assuring the health and safety of the detainees under his supervision. He is sued in his individual and official capacities.

2. Defendant Nurse "John Doe" (true name currently unknown), was at all times relevant, a nurse at Cook County Jail; 2600 S. California Ave.; Chicago, IL. 60608. He was responsible for providing medical care to detainees at Cook County jail. He is sued in his individual and official capacities.

3. Defendant Sgt. Spears, was at all times relevant, a sergeant at Cook County Jail; 2600 S. California Ave. Chicago, IL. 60608. He was responsible for assuring the health and safety of the detainees under his supervision. He is sued in his individual and official capacities.

4. Defendant Nurse Anderson, was at all times relevant, head nurse at Cook County Jail; 2600 S. California Ave.; Chicago, IL. 60608. She was responsible for overseeing nursing staff and providing medical care to detainees at Cook County Jail. She is sued in her individual and official capacities.

5. Defendant Doctor "John Doe", was at all times relevant, a Medical Doctor at Cook County Jail; 2600 S. California Ave.; Chicago, IL.

<Page 2 Continued Next Page>

<Page 2 Continued Here>

60608. He was responsible for providing medical care to detainees at Cook County Jail. He is sued in his individual and official capacities.

2

## V. LITIGATION HISTORY

1.   Plaintiff has not filed any other lawsuits in State or Federal Court dealing with the same facts in this complaint.

2.   Plaintiff has no prior history of lawsuits in State or Federal Court while incarcerated.

## VI. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.   Plaintiff has exhausted all administrative remedies available to him in Cook County Jail relating to the facts in this complaint.

## VII. STATEMENT OF FACTS

1.   On January 7th, 2019, while detained in Cook County Jail in division 8-deck 3 F, at around 8:50 AM, I walked into the bathroom to clean my cup out and I slipped and fell in a puddle of water. During the fall, I hit the back of my head on the floor pretty hard which caused me to become dizzy and also gave me an excruciating headache. I also injured my back and elbow during the fall.

2.   Once I was able to get myself up and off of the floor, I immediately souhgt medical treatment. I informed officer Perry of my fall and injuries, and I asked him to call a medical professional to evaluate me or send me to medical to receive treatment. Officer Perry replied— telling me to inform the Nurse (John Doe) who was on duty during med. pass out later. I then informed officer Perry of the excruciating head pain, dizziness, back and elbow pain that I was suffering, stating that I needed immediate medical care. But my pleas to officer Perry went ignored.

3.   Hours later, the Nurse (John Doe) arrived for routine med pass out. I informed the nurse of my slip and fall, excruciating pains and injuries,

3

and I asked to be taken to medical to receive an evaluation and treatment. Without any evaluation of my injuries, the nurse stated, "You're okay"; completely ignoring my pleas for medical attention. Therefore, I submitted a "pink slip" requesting a medical evaluation and treatment.

4. Later that day, I caught Head Nurse-Anderson walking past my assigned deck. I approached nurse Anderson and informed her of my slip and fall, and of the excruciating pains and injuries that I was suffering. Here, I again requested medical treatment and Nurse Anderson informed me that she would try to have a doctor evaluate me.

5. The next day, my body and head was hurting even more. I informed officer Perry of my worsening condition, and officer Perry talked to Sgt. Spears about it. However, Sgt. Spears did nothing. I had yet to receive any medical attention.

6. Despite being continuously denied medical treatment, from January 8th, 2019 through January 16th, 2019, I continued to submit "pink slip" requesting medical treatment due to my continuing pain and untreated injuries.

7. On January 17th, 2019, Nusre Anderson came to my assigned deck and informed me that I had to wait 27 day to receive a CT scan and x-rays before she could administer or prescribe any treatment. So while still suffering pain and headaches from my slip and fall, I waited yet another agonizing 27 days to receive an evaluation (CT scan and x-rays).

8. Finally, on or around February 14th, 2019, I was called to medical to receive the said medical evaluation. Here, the evaluating medical personnel discovered a knot on my head. Here, I was prescribed an over the counter pain medication (Tylenol).

4

9.    However, the injuries and damages that I suffered from the slip and fall giving rise to this complaint were not resolved from the medical treatment of Tylenol that was prescribed to me. Since the slip and fall, I've suffered and continue to suffer from a medical condition that I'm not sure of a diagnosis for, but it causes my head to hurt when I hear loud noises; my body feels very weak; I suffer intermittent back pain; and I also get intermittent migraines on an almost daily basis.

10. My current continued medical issues is due partly to the exhamining Doctor, Doctor "John Doe's" failure to prescribe further diagnostics tests or treatment to determine, treat and/or resolve my aforesaid symptoms.

5

## VIII. RELIEF REQUESTED

WHEREFORE, Plaintiff requests that this Honorable Court grant the following relief:

    (a). Award compensatory damages in the amount of $ 12, 000.00 against Defendants;

    (b). Award punitive damaged in the amount of $ 8,000.00 against Defendants;

    (c). Award nominal damages in the amount of $ 1.00 against Defendants;.

    (d). Grant any other such relief as it may appear Plaintiff is entitled.

## IX. VERIFICATION OF COMPLAINT

1.    Pursuant to 28 USC § 1746 and 18 USC § 1621, I, plaintiff Lewis Love, do hearby declare and affirm under penalties of perjury, that everything contained herein this complaint is true and correct to the best of my knowledge and belief. I do affirm that this matter is not taken either frivolously or maliciously, and that I believe the foregoing matter is taken in good faith.

Signed this __12__ day of __JUNE__, 2019

/S/ _Lewis Love_
         (Plaintiff)

Lewis Love #Y-35372
(Illinois River C.C.)
P.O. Box 999
Canton, IL. 61520

6

*Per White in place* ~~Jefferson~~ *P.Mc*



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| | CONTROL # | INMATE ID # |
|---|---|---|
| | 2019X00299 | |

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY** *(¡Para ser llenado solo por el personal de Inmate Services !)*

- ☑ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent:_____
- ☐ Other:_____

| PRINT - INMATE **LAST** NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| LOVE | LEWIS | 2018 1220158 |
| **DIVISION** *(División):* 8 | **LIVING UNIT** *(Unidad):* 3-f - RTU | **DATE** *(Fecha):* 1-7-2019 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody in mate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelacion sobre la decision dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 1-7-2019 | 8:50 | Bathroom | |

I walked in the bathroom to clean my cup and I fell on the floor and hurt my back and my elbow. I continuosly ask for medical attention and I was told that I was going to be given some pain pills

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| Lewis Love | Lewis Love |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 1/8/19 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)     (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)

*White In Place of Pink*



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| 2019 X 0299 | |

| | |
|---|---|
| ☐ Emergency Grievance | ☑ Cermak Health Services |
| ☑ Grievance | ☐ Superintendent: _____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso) |
|---|---|---|
| Love | Lewis | 20181220158 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 8 | 3F RTU | 1-7-2019 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decision dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 1-7-2019 | 8:50 A.m | Bathroom | |

It's now more than 12 hours after I fell and I have yet to recieve any medical care I've asked multiple C.O.'s & nurse's for help and all I've gotten Is pain pills witch I've already been getting. I've been in pain since this morning, my lower back has been killing me as well as my lower abdominale (Perry) was the C.o. on duty & he called sgt. spears and told him about it.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| Lewis Love | Lewis Love |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | C | 1/8/19 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-73)(NOV 17)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 209X0299 | 036823 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Love | Lewis | 2018R220158 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: Inn Medical Treatment

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services* ): Cermak

DATE REFERRED: 1/9/19

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Record reflects you reported yellow in eyes today. Dr Construct started HBV you than developed & vomiting. Instructed to reinstruct report low voltage as needed. Accessed & held 1/8 @ 0952

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Susan Shebel | Susan Shebel | | 1/17/19 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE (Firma del Preso): | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| Lewis Love | 1/23/2019 |

### INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso* )
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)* 1/23/19

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación:)* I am in PAIN From Head to Toe

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?   Yes *(Sí)* ☐   No ☒
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)* The basis for that appeal are unrelated to the original complaint

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):): | DATE (Fecha): |
|---|---|---|
| Anna Juarez | | 07/25/2019 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE (Firma del Preso): | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| X | / / |

FCN-40b) ( AUG 16)          (WHITE COPY – INMATE SERVICES)          (YELLOW COPY – C.R.W.)          (PINK COPY – INMATE)

LOVE Y35372

## CERTIFICATE

**(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)**

I hereby certify that the Plaintiff or Petitioner in this action has the sum of **$0.00** in his Trust Fund account at this Correctional Center where he is confined. I further certify that the Plaintiff or Petitioner has the following securities to his credit according to the records of this institute: **N/A**.

*Rhonda Sluder*
Authorized Officer

Illinois River Correctional Center
Institution

Trust Fund Officer
Title

April 11, 2019
Date

**IMPORTANT:**

**THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.**

**Date:** 4/11/2019
**Time:** 3:13pm

d_list_inmate_trans_statement_composite

**Illinois River Correctional Center**

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 10/01/2018 thru End;     Inmate: Y35372;     Active Status Only ? : No;     Print Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: Y35372 Love, Lewis D.**

**Housing Unit: IRI-R4-A -52**

| | |
|---|---|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |