**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Lewis Love

          Plaintiff,

v.                                                                    Case No.: 1:19–cv–02762
                                                                      Honorable John Z. Lee

Thomas J. Dart, et al.

          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 9, 2020:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 1/9/20. Motion for leave to file a third amended complaint [30] is granted. Motion to compel [31] and motions to dismiss [33] [35] [37] [39] and motion to quash [41] are stricken. Defendants Sheriff Dart and Cook County are named only as nominal defendants so that Plaintiff may conduct discovery to identify the individual Defendants. Accordingly, the deadline for Defendants to answer or otherwise plead is stayed. Plaintiff may conduct discovery to determine the identity of the individual Defendants. Status hearing set for 3/5/20 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.