# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Lewis Love

Plaintiff,

v.

Case No.: 1:19–cv–02762
Honorable John Z. Lee

Sheriff of Cook County Thomas J. Dart, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 16, 2022:

MINUTE entry before the Honorable John Z. Lee: For the reasons stated in the memorandum opinion and order, the Court grants Wexford's motion to dismiss [127] in its entirety, and grants the County Defendants' motion in all respects except the § 1983 failure to provide medical attention claims against Linda Miller and Anderson [122]. [For further details see memorandum opinion and order.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.