**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Lewis Love

                          Plaintiff,

v.                                     Case No.: 1:19–cv–02762
                                     Honorable John Z. Lee

Sheriff of Cook County Thomas J. Dart, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 18, 2022:

       MINUTE entry before the Honorable John Z. Lee: The motion to withdraw Bridget Liccardi and James Mitchell as counsel of record for Plaintiff [158] is granted.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.