**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Lewis Love

                                        Plaintiff,

v.                                                              Case No.: 1:19–cv–02762
                                                                Honorable Elaine E. Bucklo

Sheriff of Cook County Thomas J. Dart, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 30, 2023:

        MINUTE entry before the Honorable Elaine E. Bucklo: Joint motion for extension of time [167] is granted. Fact discovery cutoff is extended to 3/31/2023. Other cutoff dates are extended as requested in the motion. Status hearing is reset to 4/10/2023 at 09:45 AM (to track the case only; no appearance required). Joint status report due 3/31/2023. The court will set a schedule based on the report. Mailed notice (reg)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.