**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Lewis Love

                                                Plaintiff,

v.                                                                          Case No.: 1:19–cv–02762
                                                                            Honorable Elaine E. Bucklo

Sheriff of Cook County Thomas J. Dart, et al.

                                                Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 21, 2023:

        MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion to extension [169] is granted. Fact Discovery is extended and ordered closed by 5/30/2023. Plaintiff's FRCP 26(a)(2)(B) and (C) disclosures are extended to 6/27/2023. Defendants FRCP 26(a)(2)(B) and (c) disclosures are extended to 7/25/2023. All expert discovery to be completed by 9/30/2023. Status hearing is reset for 6/6/2023 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 5/30/2023. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.