**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Lewis Love

                        Plaintiff,

v.                                     Case No.: 1:19–cv–02762
                                     Honorable Elaine E. Bucklo

Sheriff of Cook County Thomas J. Dart, et al.

                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the parties' joint status report. Plaintiff's motion to schedule settlement conference [173] is granted. This case is referred to the Magistrate Judge for Discovery Supervision and Settlement Conference. Status hearing set for 10/6/2023 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 9/29/2023. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.