**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Lewis Love

                    Plaintiff,

v.                                         Case No.: 1:19−cv−02762
                                         Honorable Elaine E. Bucklo

Sheriff of Cook County Thomas J. Dart, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 8, 2023:

      MINUTE entry before the Honorable Heather K. McShain: Plaintiff's motion to reduce defendants' expert fees [184] is denied without prejudice. The motion does not comply with Local Rule 37.2, which provides that a court shall refuse to hear any discovery motion unless the motion includes a statement (1) that after consultation in person or by telephone and good faith attempts to resolve differences the parties are unable to reach an agreement, or (2) counsel's attempts to engage in such consultation were unsuccessful due to no fault of counsel's. Here, plaintiff's motion does not contain either certification required by L.R. 37.2; it simply states that defendants or their experts refuse to reduce their fees. Plaintiff may refile the motion if the parties are unable to resolve this issue after completely exhausting their meet−and−confer obligations. The parties are further advised that the Court has recently updated its standing order on discovery motions. Before filing any further discovery motion in this case, including a renewed motion to reduce defendants' expert fees, the parties must review and comply with Judge McShain's standing order on discovery motions (available on the Court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge McShain and then the link for "Discovery Motion Requirements"). Finally, plaintiff's counsel should consult the Court's regulations governing the prepayment and reimbursement of expenses in pro bono cases (available at https://www.ilnd.uscourts.gov/Pages.aspx?page=ProB ono). Finally, the motion by attorney Thomas Flowers to withdraw from the representation [185], which has been presented to the undersigned, is denied as beyond the scope of the referral of this case to the undersigned and without prejudice to renewal before the District Judge. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.