## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lewis Love

                                Plaintiff,

v.                                        Case No.: 1:19–cv–02762
                                        Honorable Elaine E. Bucklo

Sheriff of Cook County Thomas J. Dart, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 11, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: Parties to take note of Judge Bucklo's motion call practice posted on her page www.ilnd.uscourts.gov. Defendants' motion for leave to withdraw as counsel of record as to Thomas C. Flowers [187] is granted. Thomas C. Flowers is terminated as counsel of record for Defendants Kurt Osmundson, O.D., Brittany Miller, N.P., and Jason Orkies, R.N. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.