Case: 1:19-cv-02762 Document #: 192 Filed: 09/29/23 Page 1 of 1 PageID #:1414

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Lewis Love

                       Plaintiff,

v.                                     Case No.: 1:19–cv–02762
                                     Honorable Elaine E. Bucklo

Sheriff of Cook County Thomas J. Dart, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 29, 2023:

     MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [190], which reports on the progress of expert discovery. Plaintiff's unopposed motion to extend the expert discovery schedule [191] is granted for the reasons stated in the motion. All expert discovery must be completed by 12/01/2023. A further joint status report on the same topics as the instant status report is due on 11/13/2023. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.