**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Lewis Love

                             Plaintiff,

v.                                     Case No.: 1:19–cv–02762
                                            Honorable Elaine E. Bucklo

Sheriff of Cook County Thomas J. Dart, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 7, 2023:

         MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiffs motion for reimbursement of expenses to be incurred [189] is granted. Status hearing is set for 11/20/2023 at 9:45 a.m. (to track the case only, no appearance is required). A joint status report is due 11/13/2023 per Magistrate Judge McShain minute entry no. [192]. The court will enter a scheduling order in response to the status report. Ruling set for 11/30/2023 is stricken, no appearance necessary. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.