# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lewis Love

                                               Plaintiff,

v.                                             Case No.: 1:19–cv–02762
                                                 Honorable Elaine E. Bucklo

Sheriff of Cook County Thomas J. Dart, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 7, 2024:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion to withdraw Alexander Preber as counsel for Defendants [236] is granted. Alexander Preber is hereby terminated as counsel for Defendants Kim M. Anderson, R.N. and Linda Miller, R.N. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.