**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Lewis Love

                Plaintiff,

v.                              Case No.: 1:19–cv–02762
                              Honorable Elaine E. Bucklo

Sheriff of Cook County Thomas J. Dart, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 14, 2024:

      MINUTE entry before the Honorable Elaine E. Bucklo: Parties to take note of Judge Bucklo's motion call practice posted on her page at www.ilnd.uscourts.gov. Plaintiff's motion for extension of time to file responses to Defendants' motions for summary judgment [240] is granted to 6/13/2024. Replies due by 7/8/2024. Ruling on [215], [221], [225] and [233] before the Honorable Elaine E. Bucklo is reset for 8/16/2024 at 9:30 a.m. Motion to withdraw John A. Lasurdo as counsel for Plaintiff [239] is granted. John A. Lasurdo is hereby terminated as counsel for Plaintiff Lewis Love. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.